**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DENNIS RIEF,

    Plaintiff,

v.                                        CASE NO: 8:10-cv-491-T-26AEP

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Joint Motion for Enlargement of Time (Dkt. 9) is granted. The parties shall file their initial memoranda of law no later than August 2, 2010, and their rebuttal memoranda of law ten days later. The parties are further directed to file a notice of mediation no later than June 15, 2010, scheduling this case for a mediation conference no later than July 16, 2010.

**DONE AND ORDERED** at Tampa, Florida, on June 1, 2010.

                                            s/*Richard A. Lazzara*
                                     **RICHARD A. LAZZARA
                                     UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record